On petition for review filed July 9,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration October 25, 2001

STATE OF OREGON,
*Respondent on Review,*

*v.*

TRAVIS JOHN RAY,
*Petitioner on Review.*

(CC C96-2920CR; CA A98561; SC S48637)

34 P3d 168

Louis R. Miles, Deputy Public Defender, Salem, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fugate*, 332 Or 195, 26 P3d 802 (2001).

---

* Appeal from Washington County Circuit Court, Timothy P. Alexander, Judge. 164 Or App 145, 990 P2d 365 (1999).